# United States District Court

———— DISTRICT OF ————

**FILED**
**JUN 1 8 2008**
Clerk, U.S. District and Bankruptcy Courts

JOHN DASTA,
        Plaintiff

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

V.

HARLEY LAPPIN
DIRECTOR OF   Defendant
FEDERAL PRISONS,

CASE NUMBER: **08 1034**

I, __JOHN DASTA__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above–entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __FEDERAL CORRECTIONAL INSTITUTION ELKTON, OHIO__

   Are you employed at the institution? __YES__    Do you receive any payment from the institution? __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes" state the amount of your take–home salary or wages and pay period and give the name and address of your employer.
   $25.00 PER MONTH
   FEDERAL CORRECTIONAL INSTITUTION ELKTON
   P.O. BOX 10
   LISBON, OHIO 44432

   b. if the answer is "No" state the date of your last employment, the amount of your take–home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self–employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

**RECEIVED**
**JUN 19 2008**
Clerk, U.S. District and
Bankruptcy Courts

If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive. I RECEIVE BETWEEN $100.00 – $200.00 PER MONTH FROM MY THREE ADULT SONS WHO PITCH IN MONEY FOR ME.

2

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes" state the total amount. __N/A__

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.
   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. N/A

I declare under penalty of perjury that the above information is true and correct.

__6/3/08__
DATE

_[signature]_
SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __1066.52 LAST 6 MONTHS__ on account to his/her credit at (name of institution) __FCI Elkton P.O. Box 89 Elkton OH. 44415__. I further certify that the applicant has the following securities to his/her credit: __$99.32 balance__

_____. I further certify that during the past six months the applicant's average balance was $ __85.29__

__6/3/08__
DATE

_[signature]_ Corrections Counselor
SIGNATURE OF AUTHORIZED OFFICER