UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DASTA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-1034 (EGS) |
| v. ) | (ECF) |
| ) | |
| HARLEY G. LAPPIN, DIRECTOR ) | |
| FEDERAL BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO ENLARGE TIME
TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Harley G. Lappin, Director, Federal Bureau of Prison ("Defendant"), respectfully requests an enlargement of time to and including September 8, 2008, to file an answer or otherwise respond to the complaint in this case. Defendant's answer or other response is due tomorrow. Good cause exists to grant this motion.

1. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendants' answer to the complaint is currently due tomorrow, July 25, 2008.

2. The undersigned respectfully requests the additional time because he had been preparing for a trial in the matter of Whitney v. United States, 07-1005 (ESH/JMF) that only settled late last week. The undersigned was also assigned to emergent duty last week and certain matters arose that took precedence over this matter.

3. In addition, the undersigned requests the additional time in order to consult with Agency Counsel and await the customary report from the Agency on the status of Plaintiff's Freedom of Information Act request.

4.	This is Defendant's first request for an extension.

5.	Because Plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned has not attempted to contact plaintiff regarding his position on this motion.[1]

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Date: July 24, 2008

      /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

      /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/
KENNETH ADEBONOJO
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 4th Street, N.W., Room E4210
Washington, D.C. 20530
(202) 514-7157

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss non-dispositive motions with "opposing *counsel*" and nonprisoner pro se parties.

## CERTIFICATE OF SERVICE

I certify that on this 24th day of July 2008, I caused the foregoing Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint to be served on Plaintiff via first-class mail postage prepaid to:

John Dasta, *pro se*
Reg. No. 06693-068
FCI Elkton
P.O. Box 10
Lisbon, OH 44432


　　/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)